| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust | |
| In Re:<br>Glenn N. Partusch & Frances Partusch<br><br>                          Debtors | |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: <u>15-29537 CMG</u>

Chapter: <u>7</u>

Judge: Christine M. Gravelle

on behalf of

<u>U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust</u>

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

1603 Summerfield Avenue Asbury Park, NJ 07712

DOCUMENTS
☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☐☐  All documents and pleadings of any nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*