UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                      Case No.:        _____

                                            Chapter:         _____

                                            Judge:           _____

---

**NOTICE OF PROPOSED ABANDONMENT**

---

_____, _____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| |
|---|
| Address of the Clerk: |

If an objection is filed, a hearing will be held before the Honorable _____ on _____ at _____a.m. at the United States Bankruptcy Court, Courtroom no. _____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of property: |

| |
|---|
| Liens on property: |

| |
|---|
| Amount of equity claimed as exempt: |

Objections must be served on, and requests for additional information directed to:

Name:        _____

Address:     _____

Telephone No.: _____

*rev.8/1/15*
