UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Glenn and Frances Partusch

Case No.: 15-29537  
Chapter: 7  
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk  
United States Bankruptcy Court  
United States Courthouse  
402 East State Street  
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __May 30, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  
1603 Summerfield Avenue  
Asbury Park, New Jersey  
Valued at $70,000.00

Liens on property:  Chase Bank, $104,733.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/  Karen E. Bezner  
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076  
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-29537-CMG
Glenn N Partusch                                                      Chapter 7
Frances Partusch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Apr 28, 2017
                              Form ID: pdf905          Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 30, 2017.
```
db/jdb         #+Glenn N Partusch,    Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
cr              +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
r               +Sammy Boyd,    John C. Conover,    200 Main St.,    Asbury Park, NJ 07712-7017
cr              +Seterus, Inc. as authorized subservicer for Federa,     RAS Citron, LLC,    130 Clinton Road,
                 Suite 202,    Fairfield, NJ 07004-2927
cr              +Specialized Loan Servicing LLC as servicing agent,     C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +Two River Community Bank,    520 South Avenue,    Westfield, NJ 07090-5401
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515798040      +America’s Servicing Company,    PO Box 10335,    Des Moines, IA 50306-0335
515798041      +Annette Springs,    700 Berkeley La,   Neptune, NJ 07753-4308
516001121      +BAYVIEW LOAN SERVICING. LLC,    M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
516539586      +CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516539587      +CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134,
                 CALIBER HOME LOANS, INC.,    13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
515895177       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515798042       Chase,    PO Box 24696,    Columbus, OH  43224-0696
515798043       Chase,    PO Box 469030,    Glendale, CO  80246-9030
515798044      +Debbie Vaughan,    17 Stevens Av,    Tinton Falls, NJ 07724-2630
515798045       Emerge,    PO Box 105555,    Atlanta, GA  30348-5555
515798046      +Emergency Physicians Association,    PO Box 5406,    Cincinnati, OH 45273-0001
515798047      +Emillio Sanchez,    1403 9th Av,    Neptune, NJ 07753-4925
516764171      +HSBC  BANK USA, N.A.,    ROBERTSON, ANSCH UTZ & SCHNEID, P.L.,    6409 CONGRESS AVE., SUITE 100,
                 BOC A RATON, FL 33487-2853
515866218      +HSBC Bank USA, National Association,    c/o Americas Servicing Co.,
                 Attn: Bankruptcy Department,    3476 Stateview Blvd, MAC #D3347-014,    Fort Mill, SC 29715-7203
515898970      +HSBC Bank USA, National Association,    c/o Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                 Fort Mill SC 29715-7203
516759963      +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515898975      +HSBC Bank USA, National Association as,    c/o America’s Servicing Company,
                 Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                 Fort Mill SC 29715-7203
515813566      +Island View Townhouse,    Condominium Association, Inc.,    Loren Rosenberg Lightman, Esq.,
                 Davison, Eastman & Munoz, P.A.,    100 Willow Borok Road, Suite 100,,
                 Freehold, NJ 07728-5920
515812634      +Island View Townhouse Condominium Association,    5 Island View Way,    Sea Bright, NJ 07760-2261
515798050      +Kathy Jones,    5 Island View Way 16,    Sea Bright, NJ 07760-2253
515798051      +Lomuuro Davison Eastman & Munoz,    100 Willo Brook Road, Suite 100,    Freehold, NJ 07728-5920
515798053       Ocwen Loan Servicing LLC,    PO Box 780,    Waterloo, IA  50704-0780
515798056      +Residential Funding Mortgage Securities II, Inc.,     Specialized Loan Servicing,
                 8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798055      +Robert Harper,    118 Beachway,    Keansburg, NJ 07734-1284
516019745      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,     Division of Taxation,    P.O. Box 245,
                 Trenton, NJ 08695-0245)
516002282      +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
516053016      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
516053017      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                 Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798057       Two River Bank,    Line Of Credit,    359 Monmouth Rd,    Oakhurst, NJ  07755
515798058      +Twp Of Neptune Sewer Dept,    25 Neptune Blvd,    Neptune, NJ 07753-4814
516721494      +Twp. of Neptune,    POB 1167,    Neptune, NJ 07754-1167
515991297      +U.S. Bank National Association, Trustee (See 410),     C/O Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515798059       Urden Law Offices PC,    111 Woodcrest Rd Suite 200,    Cherry Hill, NJ  08003-3620
515798060      +William Ottley,    1603 Summerfield Av,    Asbury Park, NJ 07712-6345
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 28 2017 22:42:46     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 22:42:44      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
```

```
District/off: 0312-3          User: admin              Page 2 of 3               Date Rcvd: Apr 28, 2017
                              Form ID: pdf905          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515955484      +E-mail/Text: bankruptcynotice@franklincredit.com Apr 28 2017 22:42:36
                 Bosco Credit VI Trust Series 2012-1,   101 Hudson St., 25th Fl,   Jersey City, NJ 07302-3915
516114930      +E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 22:42:35     Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
515827536       E-mail/Text: bankruptcy.bnc@ditech.com Apr 28 2017 22:42:40     Ditech Financial LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
515798048       E-mail/Text: bankruptcynotice@franklincredit.com Apr 28 2017 22:42:36
                 Franklin Credit Management Corp,   101 Hudson Street 25th Floor,   Jersey City, NJ  07302
515798049       E-mail/Text: bankruptcy.bnc@ditech.com Apr 28 2017 22:42:40     Green Tree Bankruptcy Dept,
                 PO Box 6154,   Rapid City, SD  57709
515996844       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 28 2017 22:42:52     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
515798052       E-mail/Text: camanagement@mtb.com Apr 28 2017 22:42:41    M & T Bank,   PO Box 1288,
                 Buffalo, NY  14240
515798054      +Fax: 407-737-5634 Apr 28 2017 23:06:54     Ocwen Loan ServicingLLC,
                 1661 Worthington Road Suite 100,   West Palm Beach, FL 33409-6493
516766483      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 28 2017 22:42:44     United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r              Samuel Boyd
516466050       U.S. BANK TRUST, N.A., AS TRUSTEE FOR,   LSF9 MASTER PARTICIPATION TRUST,
                 U.S. BANK TRUST, N.A., AS TRUSTEE FOR,   LSF9 MASTER PARTICIPATION TRUST
516466049       U.S. BANK TRUST, N.A., AS TRUSTEE FOR,   LSF9 MASTER PARTICIPATION TRUST
cr*            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr*            +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr*            +Specialized Loan Servicing LLC as servicing agent,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr*            +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
                                                                                      TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
```
          Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
           nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association,
           Inc. eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
          Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1
           bk@rgalegal.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3              Date Rcvd: Apr 28, 2017
                              Form ID: pdf905          Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2 nj_ecf_notices@buckleymadole.com
        Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com, bdicovitsky@fsfm-law.com
        James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 james.shay@phelanhallinan.com
        James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC james.shay@phelanhallinan.com
        James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2 james.shay@phelanhallinan.com
        John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
        John Philip Schneider    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
        Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com, G24529@notify.cincompass.com
        Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com, G24529@notify.cincompass.com
        Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
        Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
        Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association mrosenblatt@rasflaw.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
        Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
        R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
        R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Veroneque Annette Theresa Blake    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for vblake@udren.com, vbarber@udren.com

        TOTAL: 29