

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) | **Order Filed on May 16, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |

791175
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for HSBC BANK USA, NATIONAL
ASSOCIATION AS TRUSTEE FOR NOMURA ASSET
ACCEPTANCE CORPORATION, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2007-1

In Re:

    GLENN N PARTUSCH
    FRANCES PARTUSCH

    Debtors

Case No.: 15-29537 - CMG

Hearing Date: 05/16/2017

Judge: CHRISTINE M. GRAVELLE

Chapter: 7

Recommended Local Form: ☐ Followed ☒ Modified

### ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR

NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH

CERTIFICATES, SERIES 2007-1, under Bankruptcy Code section 362(a) for relief from the

automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or

resume and prosecute to conclusion one or more actions in the court(s) of appropriate

jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

> 7 SUNSET LANE, MONMOUTH BEACH, NJ 07750 N/K/A 7 SUNSET
> LN, MONMOUTH BEACH, NJ 07750-1221

It is further ORDERED that the movant, its successors or assignees, may proceed with its

rights and remedies under the terms of the subject mortgage and pursue its state court remedies

including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing

other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or

deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or

purchaser's assignee) may take any legal action for enforcement of its right to possession of the

property.

☐ Personal property more fully described as:


It is further ORDERED that the movant may join the debtor and any trustee

appointed in this case as defendants in its action(s) irrespective of any conversion to any other

chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered

an appearance on the motion.

*rev. 7/12/16*

2