UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Jules L. Rossi
Attorney at Law
208 Main Street, Asbury Park, NJ 07712
Tel: 732.774.5520
Fax 732.774.5870
E.julrs 7@aol.com
Attorney for Debtors

Order Filed on August 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Glen Partusch and Frances Partusch

Debtors

Case No.: 15-29537

Hearing Date: ~~TBD~~ 8-1-17

Judge: CMG

Chapter: 11

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 1, 2017**

*Christine M. Gravelle*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Jules L. Rossi, Esq. Attorney for debtor | $28,136.25 | Waived |

*rev.8/1/15*