UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on August 9, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Judge: Hon. Christine M. Gravelle, U.S.B.J.

**ORDER STRIKING EXEMPTION OF FRANCES PARTUSCH IN REAL PROPERTY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Striking Exemption of Frances Partusch In Real Property

---

**ORDERED** that:

1) The exemption claimed by Frances Partusch in the real property at 1403 9th Avenue, Neptune, New Jersey pursuant to amendment to Schedule C filed on June 20, 2017 in the amount of $9,342.50 is stricken.

2) Glenn Partusch shall retain his exemption in the real property in the amount of $9,342.50.