UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee


Karen E. Bezner
KB 5770

|  |  |
|---|---|
| In Re: | |
| GLENN and FRANCES PARTUSCH | |

Order Filed on August 10, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  _____15-29537_____

Chapter:  _____7_____

Judge:  _____CMG_____


### ORDER AUTHORIZING RETENTION OF

_____REAL ESTATE BROKER_____


The relief set forth on the following page is **ORDERED**.


**DATED: August 10, 2017**

_Christine M. Gravelle_

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____VRI Realty_____

as _____real estate broker_____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is: _45 West River Road_____

    _Rumson, New Jersey  07760_____

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Glenn N Partusch
Frances Partusch
      Debtors

Case No. 15-29537-CMG
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 2       Date Rcvd: Aug 10, 2017
                    Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2017.
db/jdb      #+Glenn N Partusch,  Frances Partusch,  7 Sunset Lane,  Monmouth Beach, NJ 07750-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2017                                Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2017 at the address(es) listed below:
      Andrew L. Spivack   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
     MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
     nj.bkecf@fedphe.com
      Andrew L. Spivack   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
     nj.bkecf@fedphe.com
      Andrew L. Spivack   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
     NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
     nj.bkecf@fedphe.com
      Denise E. Carlon   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
     PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Elizabeth K. Holdren   on behalf of Creditor   Island View Townhouse Condominium Association,
     Inc. eak@hillwallack.com,  fkm@hillwallack.com;jhanley@hillwallack.com
      Emmanuel J. Argentieri   on behalf of Creditor   Bosco Credit VI Trust Series 2012-1
     bk@rgalegal.com
      Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
     for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
     Mortgage Pass-Through Certificates, MANA Series 2007-A2 nj_ecf_notices@buckleymadole.com
      Gregory R. Milne   on behalf of Creditor   Two River Community Bank grmilne@fsfm-law.com,
     bdicovitsky@fsfm-law.com
      James Patrick Shay   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
     NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
     james.shay@phelanhallinan.com
      James Patrick Shay   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
     james.shay@phelanhallinan.com
      James Patrick Shay   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
     MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
     james.shay@phelanhallinan.com
      John D. Krohn   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
     nj.bkecf@fedphe.com
      Jules L. Rossi   on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
     G24529@notify.cincompass.com
      Jules L. Rossi   on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
     G24529@notify.cincompass.com
      Karen E. Bezner   Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
      Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
     NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 10, 2017
                             Form ID: pdf903           Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael Frederick Dingerdissen   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
           TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2007-1 nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Miriam Rosenblatt   on behalf of Creditor    HSBC Bank USA, National Association
           bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
          Nicholas V. Rogers   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Patrick O. Lacsina   on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
           National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          R. A. Lebron   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
          R. A. Lebron   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veroneque Annette Theresa Blake   on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer
           for vblake@udren.com,  vbarber@udren.com
                                                                          TOTAL: 29