**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee
Karen E. Bezner
KB 5770

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In the Matter of: | In Proceedings For Liquidation Under Chapter 7 Of the Bankruptcy Code |
| GLENN and FRANCES PARTUSCH, | Hon. Christine M. Gravelle, U.S.B.J. |
| Debtor. | Bankruptcy No. 15-29537 |

SUPPLEMENTAL CERTIFICATION IN SUPPORT OF TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF REAL PROPERTY

Karen E. Bezner, Chapter 7 Trustee, of full age, by way of supplemental certification, states as follows:

1)   I am the Trustee appointed in the above-referenced case. I submit this supplemental certification in further support of my motion for an order, authorizing sale of the real property at 1403 9th Avenue, Neptune, New Jersey pursuant to 11 U.S.C. Section 363(b) and (f).

2)   In my original certification, I reported the amount due and owing to the Township of Neptune for real estate taxes as approximately $3,850.00. This figure represents three (3) quarters of unpaid taxes.

3)   However, the Township Clerk did not advise me that prior taxes had accrued, and are the subject of a proof of claim filed on March 23, 2017, Claim No. 17-1.

4)   This claims lists taxes and sewer charges totaling $17,660.40 as of the date of the claim, including interest and other charges as itemized on the exhibit thereto.

5)   Because this creditor is secured by a lien against the real property to be sold, these taxes and sewer charges will be paid in full at closing on the sale of the property.

6)   Payment of these taxes and other charges at the closing will reduce the equity available to the estate. However, there remains substantial equity available to the

estate from the purchase price of $112,000.00, as the taxes and other charges due and owing to the Township of Neptune represent the only secured claim pending against the property.

7) After payment of the taxes and other charges, and real estate brokers' commission there remains $83,769.60 in equity available for distribution to creditors of this estate.

8) Accordingly, this sale is still worthy of confirmation pursuant to 11 U.S.C. Section 363(b) and (f).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

              /s/ Karen E. Bezner
              Karen E. Bezner

Date: August 21, 2017