UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 15-29537 |
| Glenn and Francis Partusch | Chapter: | 7 |
| | Judge: | CMG |

## NOTICE OF PROPOSED PRIVATE SALE

__Karen E. Bezner__, __Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
United States Bankruptcy Court
402 East State Street
Trenton, New Jersey  08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __September 19, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, NJ  08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1403 9th Avenue, Neptune, New Jersey

Proposed Purchaser: David and Jeannie McGillis

Sale price: $112,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: VRI Homes/Gloria Nilson & Company
Amount to be paid: Total: $6,720.00
Services rendered: Listing and sale of real property

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

| | | |
|---|---|---|
| Name: | Karen E. Bezner, Trustee | /s/  Karen E. Bezner |
| Address: | 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076 | |
| Telephone No.: | (908) 322-8484 | |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-29537-CMG
Glenn N Partusch                                                      Chapter 7
Frances Partusch
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3           Date Rcvd: Aug 21, 2017
                              Form ID: pdf905          Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2017.
```
db/jdb         #+Glenn N Partusch,   Frances Partusch,   7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
cr              +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr              +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr              +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
r               +Sammy Boyd,    John C. Conover,    200 Main St.,    Asbury Park, NJ 07712-7017
cr              +Seterus, Inc. as authorized subservicer for Federa,    RAS Citron, LLC,    130 Clinton Road,
                  Suite 202,   Fairfield, NJ 07004-2927
cr              +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +Two River Community Bank,    520 South Avenue,    Westfield, NJ 07090-5401
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
br              +VRI Realty,    45 West River Road,   Rumson, NJ 07760-1345
515798040       +America's Servicing Company,    PO Box 10335,   Des Moines, IA 50306-0335
515798041       +Annette Springs,    700 Berkeley La,   Neptune, NJ 07753-4308
516001121       +BAYVIEW LOAN SERVICING. LLC,    M&T Bank,   PO Box 840,    Buffalo, NY 14240-0840
515895177        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
515798042        Chase,   PO Box 24696,   Columbus, OH  43224-0696
515798043        Chase,   PO Box 469030,    Glendale, CO  80246-9030
515798044       +Debbie Vaughan,    17 Stevens Av,   Tinton Falls, NJ 07724-2630
515798045        Emerge,   PO Box 105555,    Atlanta, GA  30348-5555
515798046       +Emergency Physicians Association,    PO Box 5406,    Cincinnati, OH 45273-0001
515798047       +Emillio Sanchez,    1403 9th Av,   Neptune, NJ 07753-4925
516764171       +HSBC BANK USA, N.A.,    ROBERTSON, ANSCH UTZ & SCHNEID, P.L,    6409 CONGRESS AVE., SUITE 100,
                  BOC A RATON, FL 33487-2853
515898970       +HSBC Bank USA, National Association,    c/o Wells Fargo Bank, N.A.,
                  Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                  Fort Mill SC 29715-7203
515866218       +HSBC Bank USA, National Association,    c/o Americas Servicing Co.,
                  Attn: Bankruptcy Department,    3476 Stateview Blvd, MAC #D3347-014,    Fort Mill, SC 29715-7203
516759963       +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515898975       +HSBC Bank USA, National Association as,    c/o America's Servicing Company,
                  Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                  Fort Mill SC 29715-7203
515813566       +Island View Townhouse,    Condominium Association, Inc.,    Loren Rosenberg Lightman, Esq.,
                  Davison, Eastman & Munoz, P.A.,    100 Willow Borok Road, Suite 100,,
                  Freehold, NJ 07728-5920
515812634       +Island View Townhouse Condominium Association,    5 Island View Way,    Sea Bright, NJ 07760-2261
515798050       +Kathy Jones,    5 Island View Way 16,    Sea Bright, NJ 07760-2253
515798051       +Lomuuro Davison Eastman & Munoz,    100 Willo Brook Road, Suite 100,    Freehold, NJ 07728-5920
515798053        Ocwen Loan Servicing LLC,    PO Box 780,   Waterloo, IA  50704-0780
515798056       +Residential Funding Mortgage Securities II, Inc.,    Specialized Loan Servicing,
                  8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798055       +Robert Harper,    118 Beachway,   Keansburg, NJ 07734-1284
516019745      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
516002282       +Seterus, Inc.,    PO Box 1047,   Hartford, CT 06143-1047
516053016       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
516053017       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                  Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798057        Two River Bank,    Line Of Credit,   359 Monmouth Rd,    Oakhurst, NJ  07755
515798058       +Twp Of Neptune Sewer Dept,    25 Neptune Blvd,    Neptune, NJ 07753-4814
516721494       +Twp. of Neptune,    POB 1167,   Neptune, NJ 07754-1167
515991297       +U.S. Bank National Association, Trustee (See 410),    C/O Specialized Loan Servicing, LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515798059        Urden Law Offices PC,    111 Woodcrest Rd Suite 200,    Cherry Hill, NJ  08003-3620
515798060       +William Ottley,    1603 Summerfield Av,    Asbury Park, NJ 07712-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2017 23:02:47     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2017 23:02:42      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515955484      +E-mail/Text: bankruptcynotice@franklincredit.com Aug 21 2017 23:02:26
                  Bosco Credit VI Trust Series 2012-1,    101 Hudson St., 25th  Fl,    Jersey City, NJ 07302-3915
```

```
District/off: 0312-3            User: admin                 Page 2 of 3                  Date Rcvd: Aug 21, 2017
                                Form ID: pdf905             Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516539586      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 21 2017 23:03:46      CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516539587      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 21 2017 23:03:46      CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134,    CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516114930      +E-mail/Text: cio.bncmail@irs.gov Aug 21 2017 23:02:21      Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,    Philadelphia, PA 19101-7346
515827536       E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2017 23:02:31      Ditech Financial LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154
515798048       E-mail/Text: bankruptcynotice@franklincredit.com Aug 21 2017 23:02:26
                 Franklin Credit Management Corp,   101 Hudson Street 25th Floor,    Jersey City, NJ   07302
515798049       E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2017 23:02:31      Green Tree Bankruptcy Dept,
                 PO Box 6154,    Rapid City, SD   57709
515996844       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 21 2017 23:02:59      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
515798052       E-mail/Text: camanagement@mtb.com Aug 21 2017 23:02:33      M & T Bank,    PO Box 1288,
                 Buffalo, NY   14240
515798054      +Fax: 407-737-5634 Aug 21 2017 23:24:00      Ocwen Loan ServicingLLC,
                 1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
516766483      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2017 23:02:42      United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r             Samuel Boyd
516466050     U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST,
               U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST
516466049     U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST
cr*          +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr*          +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr*          +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr*          +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
                                                                                         TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
```

```
District/off: 0312-3          User: admin              Page 3 of 3               Date Rcvd: Aug 21, 2017
                              Form ID: pdf905          Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Denise E. Carlon   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor   Island View Townhouse Condominium Association,
           Inc. eak@hillwallack.com,  fkm@hillwallack.com;jhanley@hillwallack.com
          Emmanuel J. Argentieri    on behalf of Creditor   Bosco Credit VI Trust Series 2012-1
           bk@rgalegal.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
           Mortgage Pass-Through Certificates, MANA Series 2007-A2 nj_ecf_notices@buckleymadole.com
          Gregory R. Milne    on behalf of Creditor   Two River Community Bank grmilne@fsfm-law.com,
           bdicovitsky@fsfm-law.com
          James Patrick Shay    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           james.shay@phelanhallinan.com
          James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
           james.shay@phelanhallinan.com
          John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
           G24529@notify.cincompass.com
          Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
           G24529@notify.cincompass.com
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
           TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2007-1 nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association
           bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
           National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          U.S. Trustee.     USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veroneque Annette Theresa Blake    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer
           for vblake@udren.com,  vbarber@udren.com

                                                                                         TOTAL: 29