UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770



**Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Judge: Hon. Christine M. Gravelle, U.S.B.J.

## ORDER AUTHORIZING SALE OF REAL PROPERTY AND OTHER RELIEF

The relief set forth on the following page, numbered two (2)   is hereby **ORDERED**.

**DATED: September 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

**ORDERED** that:

1) The Trustee is authorized to sell the real property at 1403 9th Avenue, Neptune Township, New Jersey to David and Jeannie McGillis for the purchase price of $112,000.00, said sale to be conducted free and clear of all secured claims, judgment liens and other encumbrances pursuant to 11 U.S.C. Section 363(b) and (f).

2) The Trustee is authorized to pay the real estate brokers' commissions of 6% at the closing, to be paid 3% each to VRI Homes as listing broker and Glorida Nilson & Company as selling broker.