UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

GLENN and FRANCES PARTUSCH,

**Order Filed on September 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-29537

Judge: Hon. Christine M. Gravelle, U.S.B.J.

**ORDER AUTHORIZING SALE OF REAL PROPERTY AND OTHER RELIEF**

The relief set forth on the following page, numbered two (2)   is hereby **ORDERED**.

**DATED: September 19, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Authorizing Sale of Real Property And Other Relief

---

**ORDERED** that:

1) The Trustee is authorized to sell the real property at 1403 9th Avenue, Neptune Township, New Jersey to David and Jeannie McGillis for the purchase price of $112,000.00, said sale to be conducted free and clear of all secured claims, judgment liens and other encumbrances pursuant to 11 U.S.C. Section 363(b) and (f).

2) The Trustee is authorized to pay the real estate brokers' commissions of 6% at the closing, to be paid 3% each to VRI Homes as listing broker and Glorida Nilson & Company as selling broker.

United States Bankruptcy Court
District of New Jersey

In re:
Glenn N Partusch
Frances Partusch
    Debtors

Case No. 15-29537-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Sep 19, 2017
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db/jdb       #+Glenn N Partusch,   Frances Partusch,   7 Sunset Lane,   Monmouth Beach, NJ 07750-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:

         Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
          MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
          nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
          nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
          NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
          nj.bkecf@fedphe.com
         Benjamin Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
         Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
          PARTICIPATION TRUST dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association,
          Inc. eak@hillwallack.com,   fkm@hillwallack.com;jhanley@hillwallack.com
         Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1
          bk@rgalegal.com
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
          for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
          Mortgage Pass-Through Certificates, MANA Series 2007-A2 nj_ecf_notices@buckleymadole.com
         Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com,
          bdicovitsky@fsfm-law.com
         James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
          NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
          james.shay@phelanhallinan.com
         James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
          james.shay@phelanhallinan.com
         James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
          MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
          james.shay@phelanhallinan.com
         John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
          nj.bkecf@fedphe.com
         Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
          G24529@notify.cincompass.com
         Jules L. Rossi    on behalf of Joint Debtor Frances   Partusch jlrbk423@aol.com,
          G24529@notify.cincompass.com
         Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Sep 19, 2017
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veroneque Annette Theresa Blake    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for vblake@udren.com, vbarber@udren.com

                                                                                       TOTAL: 30