UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KAREN E. BEZNER, ESQ.
567 Park Avenue, Suite 103
Scotch Plains, New Jersey  07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

**Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Chapter: 7

Judge: CMG

# ORDER AUTHORIZING RETENTION OF
## ACCOUNTANTS TO TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: October 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Bederson, LLP_____
as _____Accountants to the Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 347 Mt. Pleasant Avenue
   West Orange, New Jersey 07052

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:
Glenn N Partusch
Frances Partusch
    Debtors

Case No. 15-29537-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Oct 20, 2017
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db/jdb        #+Glenn N Partusch,    Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
            Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
             MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
             nj.bkecf@fedphe.com
            Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
             nj.bkecf@fedphe.com
            Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
             NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
             nj.bkecf@fedphe.com
            Benjamin Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
            Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
             PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
            Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association,
             Inc. eak@hillwallack.com,    fkm@hillwallack.com;jhanley@hillwallack.com
            Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1
             bk@rgalegal.com
            Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
             for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
             Mortgage Pass-Through Certificates, MANA Series 2007-A2 nj_ecf_notices@buckleymadole.com
            Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com,
             bdicovitsky@fsfm-law.com
            James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
             NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
             james.shay@phelanhallinan.com
            James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
             james.shay@phelanhallinan.com
            James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
             MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
             james.shay@phelanhallinan.com
            John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
             nj.bkecf@fedphe.com
            Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
             G24529@notify.cincompass.com
            Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
             G24529@notify.cincompass.com
            Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
            Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
             NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 20, 2017
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
               TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-1 nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               nj.bkecf@fedphe.com
              Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association
               bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Veroneque Annette Theresa Blake    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer
               for vblake@udren.com,  vbarber@udren.com
                                                                                             TOTAL: 30
```