Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−29537−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Glenn N Partusch
7 Sunset Lane
Monmouth Beach, NJ 07750

Frances Partusch
7 Sunset Lane
Monmouth Beach, NJ 07750

Social Security No.:
xxx−xx−7269            xxx−xx−5533

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       5/1/18
Time:       02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson LLC
Accountant

COMMISSION OR FEES
$4,304.50

EXPENSES
$38.09

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 26, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-29537-CMG
Glenn N Partusch                                                          Chapter 7
Frances Partusch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Mar 26, 2018
                              Form ID: 137             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
```
db/jdb         #+Glenn N Partusch,    Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
acc             +Bederson, LLP,   347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr              +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
r               +Sammy Boyd,   John C. Conover,   200 Main St.,    Asbury Park, NJ 07712-7017
cr              +Seterus, Inc. as authorized subservicer for Federa,     RAS Citron, LLC,    130 Clinton Road,
                  Suite 202,    Fairfield, NJ 07004-2927
cr              +Specialized Loan Servicing LLC as servicing agent,     C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +Two River Community Bank,    520 South Avenue,    Westfield, NJ 07090-5401
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
br              +VRI Realty,   45 West River Road,    Rumson, NJ 07760-1345
515798040       +America's Servicing Company,    PO Box 10335,    Des Moines, IA 50306-0335
515798041       +Annette Springs,    700 Berkeley La,    Neptune, NJ 07753-4308
516001121       +BAYVIEW LOAN SERVICING. LLC,    M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
515895177        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC   28272-1083
515798042        Chase,   PO Box 24696,    Columbus, OH   43224-0696
515798043        Chase,   PO Box 469030,    Glendale, CO   80246-9030
515798044       +Debbie Vaughan,    17 Stevens Av,    Tinton Falls, NJ 07724-2630
515798045        Emerge,   PO Box 105555,    Atlanta, GA   30348-5555
515798046       +Emergency Physicians Association,     PO Box 5406,    Cincinnati, OH 45273-0001
515798047       +Emillio Sanchez,    1403 9th Av,    Neptune, NJ 07753-4925
516764171       +HSBC   BANK USA, N.A.,    ROBERTSON, ANSCH UTZ & SCHNEID, P.L,     6409 CONGRESS AVE., SUITE 100,
                  BOC A RATON, FL 33487-2853
515866218       +HSBC Bank USA, National Association,    c/o Americas Servicing Co.,
                  Attn: Bankruptcy Department,    3476 Stateview Blvd, MAC #D3347-014,     Fort Mill, SC 29715-7203
515898970       +HSBC Bank USA, National Association,    c/o Wells Fargo Bank, N.A.,
                  Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                  Fort Mill SC 29715-7203
516759963       +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515898975       +HSBC Bank USA, National Association as,    c/o America's Servicing Company,
                  Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                  Fort Mill SC 29715-7203
515813566       +Island View Townhouse,    Condominium Association,   Inc.,    Loren  Rosenberg Lightman,  Esq.,
                  Davison, Eastman & Munoz,   P.A.,    100 Willow Borok Road, Suite 100,,
                  Freehold, NJ 07728-5920
515812634       +Island View Townhouse Condominium Association,     5 Island View Way,    Sea Bright, NJ 07760-2261
515798050       +Kathy Jones,    5 Island View Way 16,    Sea Bright, NJ 07760-2253
515798051       +Lomuuro Davison Eastman & Munoz,    100 Willo Brook Road, Suite 100,    Freehold, NJ 07728-5920
515798053        Ocwen Loan Servicing LLC,    PO Box 780,    Waterloo, IA   50704-0780
515798056       +Residential Funding Mortgage Securities II, Inc.,    Specialized Loan Servicing,
                  8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798055       +Robert Harper,    118 Beachway,   Keansburg, NJ 07734-1284
516019745      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,     Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
516002282       +Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
516053016       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
516053017       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                  Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798057        Two River Bank,    Line Of Credit,    359 Monmouth Rd,    Oakhurst, NJ  07755
515798058       +Twp Of Neptune Sewer Dept,    25 Neptune Blvd,    Neptune, NJ 07753-4814
516721494       +Twp. of Neptune,    POB 1167,   Neptune, NJ 07754-1167
515991297       +U.S. Bank National Association, Trustee (See 410),    C/O Specialized Loan Servicing, LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515798059        Urden Law Offices PC,    111 Woodcrest Rd Suite 200,    Cherry Hill, NJ  08003-3620
515798060       +William Ottley,    1603 Summerfield Av,    Asbury Park, NJ 07712-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:21     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:18     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
515955484       +E-mail/Text: bankruptcynotice@franklincredit.com Mar 27 2018 00:05:02
                  Bosco Credit VI Trust Series 2012-1,    101 Hudson St., 25th  Fl,    Jersey City, NJ 07302-3915
```

```
District/off: 0312-3          User: admin             Page 2 of 3                   Date Rcvd: Mar 26, 2018
                              Form ID: 137            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
516539586     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 27 2018 00:06:25     CALIBER HOME LOANS, INC.,
               13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516539587     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 27 2018 00:06:25     CALIBER HOME LOANS, INC.,
               13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134,    CALIBER HOME LOANS, INC.,
               13801 WIRELESS WAY,    OKLAHOMA CITY, OK 73134-2500
516114930     +E-mail/Text: cio.bncmail@irs.gov Mar 27 2018 00:05:00     Department of Treasury,
               Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
515827536      E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2018 00:05:06     Ditech Financial LLC,
               PO BOX 6154,    Rapid City, SD 57709-6154
515798048      E-mail/Text: bankruptcynotice@franklincredit.com Mar 27 2018 00:05:02
               Franklin Credit Management Corp,   101 Hudson Street 25th Floor,    Jersey City, NJ   07302
515798049      E-mail/Text: bankruptcy.bnc@ditech.com Mar 27 2018 00:05:06     Green Tree Bankruptcy Dept,
               PO Box 6154,    Rapid City, SD   57709
515996844      E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2018 00:05:41     Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
515798052      E-mail/Text: camanagement@mtb.com Mar 27 2018 00:05:09     M & T Bank,   PO Box 1288,
               Buffalo, NY   14240
515798054     +Fax: 407-737-5634 Mar 27 2018 09:04:41     Ocwen Loan ServicingLLC,
               1661 Worthington Road Suite 100,    West Palm Beach, FL 33409-6493
516766483     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:18     United States Trustee,
               One Newark Center,    Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r              Samuel Boyd
516466050      U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST,
               U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST
516466049      U.S. BANK TRUST, N.A., AS TRUSTEE FOR,    LSF9 MASTER PARTICIPATION TRUST
cr*           +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr*           +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr*           +Specialized Loan Servicing LLC as servicing agent,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr*           +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
                                                                                   TOTALS: 3, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
```
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
              Benjamin   Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
```

```
District/off: 0312-3           User: admin              Page 3 of 3              Date Rcvd: Mar 26, 2018
                               Form ID: 137             Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association,
               Inc. eak@hillwallack.com, jhanley@hillwallack.com
              Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1
               bk@rgalegal.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
               Mortgage Pass-Through Certificates, MANA Series 2007-A2 NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com,
               bdicovitsky@fsfm-law.com
              James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               james.shay@phelanhallinan.com
              James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
               james.shay@phelanhallinan.com
              John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
              Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
               G24529@notify.cincompass.com
              Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
               G24529@notify.cincompass.com
              Karen E. Bezner     Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
               TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-1 nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association
               bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Veroneque Annette Theresa Blake    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer
               for vblake@udren.com, vbarber@udren.com
                                                                                              TOTAL: 30
```