Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−29537−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn N Partusch                                          Frances Partusch
   7 Sunset Lane                                               7 Sunset Lane
   Monmouth Beach, NJ 07750                Monmouth Beach, NJ 07750

Social Security No.:
   xxx−xx−7269                                                xxx−xx−5533

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on May 3, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 226 − 224
Order Granting Application For Compensation for Bederson, LLP, fees awarded: $4304.50, expenses awarded: $38.09 (Related Doc # 224). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/3/2018. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 3, 2018
JAN: bwj

                                                                                    Jeanne Naughton
                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Glenn N Partusch
Frances Partusch
  Debtors

Case No. 15-29537-CMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2  Date Rcvd: May 03, 2018
        Form ID: orderntc  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2018.
acc  +Bederson, LLP,  347 Mt. Pleasant Avenue,  West Orange, NJ 07052-2749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2018                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2018 at the address(es) listed below:

  Andrew L. Spivack  on behalf of Creditor  HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2 nj.bkecf@fedphe.com
  Andrew L. Spivack  on behalf of Creditor  DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
  Andrew L. Spivack  on behalf of Creditor  HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
  Benjamin Teich  on behalf of U.S. Trustee  United States Trustee Benjamin.Teich@usdoj.gov
  Denise E. Carlon  on behalf of Creditor  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
  Elizabeth K. Holdren  on behalf of Creditor  Island View Townhouse Condominium Association, Inc. eak@hillwallack.com, jhanley@hillwallack.com
  Emmanuel J. Argentieri  on behalf of Creditor  Bosco Credit VI Trust Series 2012-1 bk@rgalegal.com
  Francesca Ann Arcure  on behalf of Creditor  Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
  Gregory R. Milne  on behalf of Creditor  Two River Community Bank grmilne@fsfm-law.com, bdicovitsky@fsfm-law.com
  John D. Krohn  on behalf of Creditor  DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com
  Jules L. Rossi  on behalf of Debtor Glenn N Partusch jlrbk423@aol.com, G24529@notify.cincompass.com
  Jules L. Rossi  on behalf of Joint Debtor Frances Partusch jlrbk423@aol.com, G24529@notify.cincompass.com
  Karen E. Bezner  Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
  Karen E. Bezner  on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
  Michael Frederick Dingerdissen  on behalf of Creditor  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
  Michael Frederick Dingerdissen  on behalf of Creditor  HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
  Michael Frederick Dingerdissen  on behalf of Creditor  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
  Miriam Rosenblatt  on behalf of Creditor  HSBC Bank USA, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: May 03, 2018
                              Form ID: orderntc        Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. bmusarra@rasnj.com, bkyecf@rasflaw.com,legerman@rasnj.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Veroneque Annette Theresa Blake    on behalf of Creditor    Ocwen Loan Servicing, LLC as servicer for vblake@udren.com, vbarber@udren.com

                                                                                                                                         TOTAL: 27