**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 15-29537 |
|---|---|
| GLENN and FRANCES PARTUSCH, | Hon. Christine M. Gravelle, U.S.B.J. |

## ORDER EXPUNGING CLAIM NO. 3 FILED BY SPECIALIZED LOAN SERVICING, LLC

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 2 Filed By Specialized Loan Servicing, LLC

---

**ORDERED** that Claim No. 3 filed by Specialized Loan Servicing, LLC on 11/24/2015 in the amount of $329,988.08 be and the same is hereby expunged.