UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

---

**Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Hon. Christine M. Gravelle, U.S.B.J.

---

**ORDER EXPUNGING CLAIM NO. 8 FILED BY BOSCO CREDIT VI TRUST SERIES 2012-1**

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 16, 2018**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 8 Filed By Bosco Credit VI Trust Series 2012-1

---

**ORDERED** that Claim No. 8 filed by Bosco Credit VI Trust Series 2012-1 on 01/21/2016 in the amount of $191,073.75 be and the same is hereby expunged.