UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

---

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Hon. Christine M. Gravelle, U.S.B.J.

# ORDER EXPUNGING CLAIM NO. 9 FILED BY U.S. BANK NATIONAL ASSOCIATION,

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: November 16, 2018**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 9 Filed By U.S. National Association

---

**ORDERED** that Claim No. 9 filed by U.S. Bank National Association on 02/09/2016 in the amount of $30,664.35 be and the same is hereby expunged.