UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 15-29537 |
|---|---|
| GLENN and FRANCES PARTUSCH, | Hon. Christine M. Gravelle, U.S.B.J. |

# ORDER EXPUNGING CLAIM NO. 11 FILED BY CALIBER HOME LOANS, INC.

The relief set forth on the following pages, numbered two (2) through ___2___ is hereby **ORDERED**.

**DATED: November 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 11 Filed By Caliber Home Loans, Inc.

---

**ORDERED** that Claim No. 11 filed by Caliber Home Loans, Inc. on 02/17/2016 in the amount of $288,612.51 be and the same is hereby expunged.