UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Hon. Christine M. Gravelle, U.S.B.J.

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# ORDER EXPUNGING CLAIM NO. 12 FILED BY U.S. BANK TRUSTEE AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 12 Filed By U.S. Bank Trust, N.A. As Trustee For LSF9 Master Participation Trust

---

**ORDERED** that Claim No. 12 filed by U.S. Bank Trust, N.A. as Trustee For LSF9 Master Participation Trust on 02/17/2016 in the amount of $181,522.39 be and the same is hereby expunged.