| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**KAREN E. BEZNER, ESQ.**<br>567 Park Avenue, Suite 103<br>Scotch Plains, New Jersey 07076<br>(908) 322-8484<br>Attorney for Karen E. Bezner, Trustee<br><br>Karen E. Bezner<br>KB 5770 | Order Filed on November 16, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>GLENN and FRANCES PARTUSCH, | Case No.: 15-29537<br><br>Hon. Christine M. Gravelle, U.S.B.J. |

## ORDER EXPUNGING CLAIM NO. 15 FILED BY THE TOWNSHIP OF NEPTUNE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 16, 2018**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 15 Filed By The Township of Neptune

---

**ORDERED** that Claim No. 15 filed by the Township of Neptune on 03/23/2017 in the amount of $743.40 be and the same is hereby expunged.