UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Hon. Christine M. Gravelle, U.S.B.J.

## ORDER EXPUNGING CLAIMS OF THE TOWNSHIP OF NEPTUNE

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claims Of The Township of Neptune

---

**ORDERED** that:

1) Claim No. 16 filed by the Township of Neptune on 03/23/2017 in the amount of $1,167.00 be and the same is hereby expunged as paid in full.

2) Claim No. 17 filed by the Township of Neptune on 03/23/2017 in the amount of $17,660.40 be and the same is hereby expunged as paid in full.