UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

**Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Hon. Christine M. Gravelle, U.S.B.J.

**ORDER EXPUNGING CLAIM NO. 7 FILED BY HSBC BANK, USA**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: November 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 7 Filed By HSBC Bank, U.S.A.

**ORDERED** that Claim No. 7 filed by HSBC Bank, U.S.A on 12/11/2015 in the amount of $877,526.84 be and the same is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-29537-CMG
Glenn N Partusch                                                       Chapter 7
Frances Partusch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Nov 16, 2018
                              Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db          #+Glenn N Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
jdb         #+Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
              Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               nj.bkecf@fedphe.com
              Benjamin Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
              Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association,
               Inc. eak@hillwallack.com,    jhanley@hillwallack.com
              Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1
               bk@rgalegal.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
               for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
               Mortgage Pass-Through Certificates, MANA Series 2007-A2 NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com,
               bdicovitsky@fsfm-law.com
              John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
               nj.bkecf@fedphe.com
              Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
               G24529@notify.cincompass.com
              Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
               G24529@notify.cincompass.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
               TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-1 nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Miriam Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com
        Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
        Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. , PATRICK.LACSINA@GMAIL.COM
        R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
        R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                   TOTAL: 26