UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**KAREN E. BEZNER, ESQ.**
567 Park Avenue, Suite 103
Scotch Plains, New Jersey 07076
(908) 322-8484
Attorney for Karen E. Bezner, Trustee

Karen E. Bezner
KB 5770

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

GLENN and FRANCES PARTUSCH,

Case No.: 15-29537

Hon. Christine M. Gravelle, U.S.B.J.

## ORDER EXPUNGING CLAIM NO. 11 FILED BY CALIBER HOME LOANS, INC.

The relief set forth on the following pages, numbered two (2) through _____2_____ is hereby **ORDERED**.

**DATED: November 16, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Glenn and Frances Partusch
Case No.: 15-29537 (CMG)
Caption of Order: Order Expunging Claim No. 11 Filed By Caliber Home Loans, Inc.

---

**ORDERED** that Claim No. 11 filed by Caliber Home Loans, Inc. on 02/17/2016 in the amount of

$288,612.51 be and the same is hereby expunged.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-29537-CMG
Glenn N Partusch                                                        Chapter 7
Frances Partusch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Nov 16, 2018
                             Form ID: pdf903       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db           #+Glenn N Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
jdb          #+Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                    Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
           nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Andrew L. Spivack   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          Benjamin   Teich   on behalf of U.S. Trustee   United States Trustee Benjamin.Teich@usdoj.gov
          Denise E. Carlon   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Elizabeth K. Holdren   on behalf of Creditor   Island View Townhouse Condominium Association,
           Inc. eak@hillwallack.com,  jhanley@hillwallack.com
          Emmanuel J. Argentieri   on behalf of Creditor   Bosco Credit VI Trust Series 2012-1
           bk@rgalegal.com
          Francesca Ann Arcure   on behalf of Creditor   Specialized Loan Servicing LLC as servicing agent
           for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
           Mortgage Pass-Through Certificates, MANA Series 2007-A2 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Gregory R. Milne   on behalf of Creditor   Two River Community Bank grmilne@fsfm-law.com,
           bdicovitsky@fsfm-law.com
          John D. Krohn   on behalf of Creditor   DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Jules L. Rossi   on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
           G24529@notify.cincompass.com
          Jules L. Rossi   on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
           G24529@notify.cincompass.com
          Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner   on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Michael Frederick Dingerdissen   on behalf of Creditor   U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen   on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS
           TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2007-1 nj.bkecf@fedphe.com

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 16, 2018
                              Form ID: pdf903          Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael Frederick Dingerdissen   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
              LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
              nj.bkecf@fedphe.com
             Miriam Rosenblatt   on behalf of Creditor    HSBC Bank USA, National Association
              bkyecf@rasflaw.com,  mrosenblatt@rasflaw.com
             Nicholas V. Rogers   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
              PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
             Nicholas V. Rogers   on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
              NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
              nj.bkecf@fedphe.com
             Nicholas V. Rogers   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
              PARTICIPATION TRUST nj.bkecf@fedphe.com
             Patrick O. Lacsina   on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
              National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
              PATRICK.LACSINA@GMAIL.COM
             R. A. Lebron   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
             R. A. Lebron   on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
              PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
             U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
             United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 26