# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  15−29537−CMG
          Chapter:  7
          Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn N Partusch                                                                 Frances Partusch
   7 Sunset Lane                                                                         7 Sunset Lane
   Monmouth Beach, NJ 07750                                    Monmouth Beach, NJ 07750

Social Security No.:
   xxx−xx−7269                                                                      xxx−xx−5533

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

     THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

     NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:          June 4, 2019
TIME:          02:00 PM
LOCATION:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:             $171,778.00
TOTAL DISBURSEMENTS:    $ 59,477.54
BALANCE ON HAND:           $ 112,300.46

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karen E Bezner
Chapter 7 Trustee

COMMISSION OR FEES
$7,908.74

EXPENSES
$305.02.

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: April 23, 2019
JAN: pbf

                                                  Jeanne Naughton
                                                  Clerk