Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                                                             Case No.: 15−29537−CMG  
                                                             Chapter: 7  
                                                             Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Glenn N Partusch                                                  Frances Partusch  
   7 Sunset Lane                                                      7 Sunset Lane  
   Monmouth Beach, NJ 07750                         Monmouth Beach, NJ 07750

Social Security No.:  
   xxx−xx−7269                                                        xxx−xx−5533

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

    THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

    NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:                June 4, 2019  
TIME:                02:00 PM  
LOCATION:     Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $171,778.00  
TOTAL DISBURSEMENTS:    $ 59,477.54  
BALANCE ON HAND:          $ 112,300.46

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Karen E Bezner  
Chapter 7 Trustee

COMMISSION OR FEES  
$7,908.74

EXPENSES  
$305.02.

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: April 23, 2019
JAN: pbf

                                                                                                     Jeanne Naughton
                                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 15-29537-CMG
Glenn N Partusch                                                            Chapter 7
Frances Partusch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Apr 23, 2019
                              Form ID: 192             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
```
db              #+Glenn N Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
jdb             #+Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
aty              Veroneque Annette Theresa Blake,    Udren Law Offices, P.C.,    111 Woodcrest Rd, Suite 200,
                  Cherry Hill, NJ  08003-3620
cr              +BSI Financial Services,    FRIEDMAN VARTOLO, LLP,    1325 Franklin Avenue, Suite 230,
                  Garden City, NY 11530-1631
acc             +Bederson, LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
cr              +DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LL,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr              +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL  33487,    UNITED STATES 33487-2853
r               +Sammy Boyd,    John C. Conover,    200 Main St.,    Asbury Park, NJ 07712-7017
cr              +Seterus, Inc. as authorized subservicer for Federa,     RAS Citron, LLC,    130 Clinton Road,
                  Suite 202,    Fairfield, NJ 07004-2927
cr              +Specialized Loan Servicing LLC as servicing agent,     C/O Buckley Madole, P.C.,
                  99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr              +Two River Community Bank,    520 South Avenue,    Westfield, NJ 07090-5401
cr              +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,     Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
br              +VRI Realty,    45 West River Road,    Rumson, NJ 07760-1345
515798040       +America's Servicing Company,    PO Box 10335,    Des Moines, IA 50306-0335
515798041       +Annette Springs,    700 Berkeley La,    Neptune, NJ 07753-4308
516001121       +BAYVIEW LOAN SERVICING. LLC,    M&T Bank,    PO Box 840,    Buffalo, NY 14240-0840
515798042        Chase,    PO Box 24696,    Columbus, OH  43224-0696
515798043        Chase,    PO Box 469030,    Glendale, CO  80246-9030
515798044       +Debbie Vaughan,    17 Stevens Av,    Tinton Falls, NJ 07724-2630
515798045        Emerge,    PO Box 105555,    Atlanta, GA  30348-5555
515798046       +Emergency Physicians Association,    PO Box 5406,    Cincinnati, OH 45273-0001
515798047       +Emillio Sanchez,    1403 9th Av,    Neptune, NJ 07753-4925
516764171       +HSBC  BANK USA, N.A.,    ROBERTSON, ANSCH UTZ & SCHNEID, P.L.,    6409 CONGRESS AVE., SUITE 100,
                  BOC A RATON, FL 33487-2853
515866218       +HSBC Bank USA, National Association,    c/o Americas Servicing Co.,
                  Attn: Bankruptcy Department,    3476 Stateview Blvd, MAC #D3347-014,    Fort Mill, SC 29715-7203
515898970       +HSBC Bank USA, National Association,    c/o Wells Fargo Bank, N.A.,
                  Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                  Fort Mill SC 29715-7203
516759963       +HSBC Bank USA, National Association,    Robertson, Anschutz & Schneid P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
515898975       +HSBC Bank USA, National Association as,    c/o America's Servicing Company,
                  Attention: Bankruptcy Department,    3476 Stateview Blvd, MAC# D3347-014,
                  Fort Mill SC 29715-7203
515813566       +Island View Townhouse,    Condominium Association,  Inc.,    Loren  Rosenberg Lightman,  Esq.,
                  Davison, Eastman & Munoz,  P.A.,    100 Willow Borok Road, Suite 100,,
                  Freehold, NJ 07728-5920
515812634       +Island View Townhouse Condominium Association,    5 Island View Way,    Sea Bright, NJ 07760-2261
515798050       +Kathy Jones,    5 Island View Way 16,    Sea Bright, NJ 07760-2253
515798051       +Lomuuro Davison Eastman & Munoz,    100 Willo Brook Road, Suite 100,    Freehold, NJ 07728-5920
515798053        Ocwen Loan Servicing LLC,    PO Box 780,    Waterloo, IA  50704-0780
515798056       +Residential Funding Mortgage Securities II, Inc.,     Specialized Loan Servicing,
                  8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798055       +Robert Harper,    118 Beachway,    Keansburg, NJ 07734-1284
516019745      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
516002282      #+Seterus, Inc.,    PO Box 1047,    Hartford, CT 06143-1047
516053016       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
516053017       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                  Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
515798057        Two River Bank,    Line Of Credit,    359 Monmouth Rd,    Oakhurst, NJ  07755
515798058       +Twp Of Neptune Sewer Dept,    25 Neptune Blvd,    Neptune, NJ 07753-4814
516721494       +Twp. of Neptune,    POB 1167,    Neptune, NJ 07754-1167
515991297       +U.S. Bank National Association, Trustee (See 410),     C/O Specialized Loan Servicing, LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515798059        Urden Law Offices PC,    111 Woodcrest Rd Suite 200,    Cherry Hill, NJ  08003-3620
515798060       +William Ottley,    1603 Summerfield Av,    Asbury Park, NJ 07712-6345
```

```
District/off: 0312-3          User: admin              Page 2 of 3           Date Rcvd: Apr 23, 2019
                              Form ID: 192             Total Noticed: 59


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 23:46:11     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 23:46:09     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515955484       +E-mail/Text: bankruptcynotice@franklincredit.com Apr 23 2019 23:45:38
                 Bosco Credit VI Trust Series 2012-1,   101 Hudson St., 25th Fl,   Jersey City, NJ 07302-3915
516539586       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 23 2019 23:46:56     CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
516539587       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Apr 23 2019 23:46:56     CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134,   CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,   OKLAHOMA CITY, OK 73134-2500
515895177        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 23 2019 23:48:58
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516114930       +E-mail/Text: cio.bncmail@irs.gov Apr 23 2019 23:45:30     Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
515827536        E-mail/Text: bankruptcy.bnc@ditech.com Apr 23 2019 23:45:43     Ditech Financial LLC,
                 PO BOX 6154,   Rapid City, SD 57709-6154
515798048        E-mail/Text: bankruptcynotice@franklincredit.com Apr 23 2019 23:45:38
                 Franklin Credit Management Corp,   101 Hudson Street 25th Floor,   Jersey City, NJ 07302
515798049        E-mail/Text: bankruptcy.bnc@ditech.com Apr 23 2019 23:45:43     Green Tree Bankruptcy Dept,
                 PO Box 6154,   Rapid City, SD 57709
515996844        E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2019 23:46:25     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
515798052        E-mail/Text: camanagement@mtb.com Apr 23 2019 23:45:44     M & T Bank,   PO Box 1288,
                 Buffalo, NY 14240
515798054       +Fax: 407-737-5634 Apr 24 2019 00:27:23     Ocwen Loan ServicingLLC,
                 1661 Worthington Road Suite 100,   West Palm Beach, FL 33409-6493
516766483       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 23:46:09     United States Trustee,
                 One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
                                                                                              TOTAL: 14

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r                Samuel Boyd
516466050        U.S. BANK TRUST, N.A., AS TRUSTEE FOR,   LSF9 MASTER PARTICIPATION TRUST,
                 U.S. BANK TRUST, N.A., AS TRUSTEE FOR,   LSF9 MASTER PARTICIPATION TRUST
516466049        U.S. BANK TRUST, N.A., AS TRUSTEE FOR,   LSF9 MASTER PARTICIPATION TRUST
cr*             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr*             +HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr*             +Specialized Loan Servicing LLC as servicing agent,   C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,   Iselin, NJ 08830-2713
cr*             +U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER,   Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
                                                                                   TOTALS: 3, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                     Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 3 of 3           Date Rcvd: Apr 23, 2019
                              Form ID: 192               Total Noticed: 59
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2019 at the address(es) listed below:

```
          Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
           nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Benjamin Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov
          Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association,
           Inc. eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com
          Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1
           bk@rgalegal.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent
           for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
           Mortgage Pass-Through Certificates, MANA Series 2007-A2 NJ_ECF_Notices@McCalla.com,
           NJ_ECF_Notices@McCalla.com
          Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com,
           bdicovitsky@fsfm-law.com
          James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           jpshay@mdwcg.com, jpshay@gmail.com
          James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2
           jpshay@mdwcg.com, jpshay@gmail.com
          John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC
           nj.bkecf@fedphe.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com,
           G24529@notify.cincompass.com
          Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
           G24529@notify.cincompass.com
          Karen E. Bezner     Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
           NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
           TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
           2007-1 nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
           nj.bkecf@fedphe.com
          Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
           LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
          Miriam Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association
           bkyecf@rasflaw.com, mrosenblatt@rasflaw.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
           NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
           nj.bkecf@fedphe.com
          Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
           National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
           PATRICK.LACSINA@GMAIL.COM
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
           PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 30
```