UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on May 8, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Glenn N Partusch
Frances Partusch

| | |
|---|---|
| Case No.: | 15-29537-CMG |
| Hearing Date: | 5/7/19 |
| Judge: | Christine M. Gravelle |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Karen E. Bezner, Trustee's Attorney | $16,760.00 | $1,046.75 |

*rev. 7/1/04 jml*