UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
PARTUSCH, GLENN N
PARTUSCH, FRANCES

Order Filed on June 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Debtor(s)

Case No. 15-29537 CMG

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 4th day of June, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $7,908.74 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $305.02 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

**DATED: June 4, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge