| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>Attorneys for BSI Financial Services as Servicer for US Bank Trust National Association as Trustee of the Cabana Series III Trust<br>P: (212) 471-5100<br>Bankruptcy@FriedmanVartolo.com<br>IN RE:<br><br>Glenn N Partusch<br>Frances Partusch<br><br>Debtors |

**Order Filed on July 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 15-29537

CHAPTER: 7

HON. JUDGE.:
Christine M. Gravelle

HEARING DATE:

JULY 30, 2019 AT 10:00 AM

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 30, 2019**

*[Signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the motion of BSI Financial Services as Servicer for US Bank Trust National Association as Trustee of the Cabana Series III Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

[x] Real property commonly known and more fully described as: 5 Island View Way, Unit #16, Sea Bright, NJ 07760

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit BSI Financial Services as Servicer for US Bank Trust National Association as Trustee of the Cabana Series III Trust, it's successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 5 Island View Way, Unit #16, Sea Bright, NJ 07760; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the Movant is granted reasonable attorney fees in the amount of $750.00 and costs in the amount of $181.00; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral.

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Glenn N Partusch  
Frances Partusch  
    Debtors

Case No. 15-29537-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jul 30, 2019  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
```
db           #+Glenn N Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
jdb          #+Frances Partusch,    7 Sunset Lane,    Monmouth Beach, NJ 07750-1221
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                                                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:

       Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2 nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com  
       Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 nj.bkecf@fedphe.com  
       Benjamin Teich    on behalf of U.S. Trustee    United States Trustee Benjamin.Teich@usdoj.gov  
       Denise E. Carlon    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Elizabeth K. Holdren    on behalf of Creditor    Island View Townhouse Condominium Association, Inc. eak@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com  
       Emmanuel J. Argentieri    on behalf of Creditor    Bosco Credit VI Trust Series 2012-1 bk@rgalegal.com  
       Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A2 NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
       Gregory R. Milne    on behalf of Creditor    Two River Community Bank grmilne@fsfm-law.com, bdicovitsky@fsfm-law.com  
       James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1 jpshay@mdwcg.com, jpshay@gmail.com  
       James Patrick Shay    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC jpshay@mdwcg.com, jpshay@gmail.com  
       James Patrick Shay    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS, INC., MORTGAGE PASS-THROUGH CERTIFICATES, MANA SERIES 2007-A2 jpshay@mdwcg.com, jpshay@gmail.com  
       John D. Krohn    on behalf of Creditor    DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC nj.bkecf@fedphe.com  
       Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com  
       Jules L. Rossi    on behalf of Debtor Glenn N Partusch jlrbk423@aol.com, G24529@notify.cincompass.com

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Jul 30, 2019
                              Form ID: pdf903            Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jules L. Rossi    on behalf of Joint Debtor Frances  Partusch jlrbk423@aol.com,
               G24529@notify.cincompass.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS
               TRUSTEE FOR NOMURA ASSET ACCEPTANCECORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
               2007-1 nj.bkecf@fedphe.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR
               LSF9 MASTER PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT
               nj.bkecf@fedphe.com
              Miriam  Rosenblatt    on behalf of Creditor    HSBC Bank USA, National Association
               miriam.rosenblatt@mhllp.com,    mrosenblatt@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST, BY CALIBER HOME LOANS, INC., AS ITS ATTORNEY IN FACT nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR
               NOMURA ASSET ACCEPTANCE CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST nj.bkecf@fedphe.com
              Patrick O. Lacsina    on behalf of Creditor    Seterus, Inc. as authorized subservicer for Federal
               National Mortgage Association (Fannie Mae), Creditor c/o Seterus, Inc. ,
               PATRICK.LACSINA@GMAIL.COM
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER
               PARTICIPATION TRUST by CALIBER HOME LOANS, INC. bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 30
```