Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15–29537–CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glenn N Partusch
7 Sunset Lane
Monmouth Beach, NJ 07750

Frances Partusch
7 Sunset Lane
Monmouth Beach, NJ 07750

Social Security No.:
  xxx–xx–7269

                  xxx–xx–5533

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 17, 2020</u>        <u>Christine M. Gravelle</u>
                                        Judge, United States Bankruptcy Court